UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER E. CLARK,

Plaintiff,

v.

BENJAMIN DENTON-SCHNIEDER,

Defendants.

Case No. 2:25-cv-2929-JDP (P)

ORDER

Defendant filed his answer to the complaint on June 2, 2026. ECF No. 18. On July 31, 2026, plaintiff filed a request to correct the spelling of defendant Schnieder's name and for an explanation of the answer. ECF No. 19. That request is denied. If defendant's name is incorrectly spelled, then his counsel may move the court to correct it. I have reviewed the answer and, therein, counsel used the same spelling that is listed on the docket. With regard to an explanation of the answer, plaintiff is not entitled to legal counsel from the court. I am not unsympathetic to his ignorance of the law, but I cannot undertake to explain defendant's answer to him, especially when plaintiff has not indicated what portion of it he does not understand.

Accordingly, it is ORDERED that plaintiff's request, ECF No. 19, is DENIED.

IT IS SO ORDERED.

Dated: September 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE