UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER E. CLARK,

Plaintiff,

v.

BENJAMIN DENTON SCHNIEDER,

Defendant.

Case No. 2:25-cv-2929-JDP (P)

ORDER

Defendant answered the complaint on June 2, 2026, ECF No. 18, and on September 11, 2026, the action was stayed referred to the court's post-screening ADR project, ECF No. 21. On that day, plaintiff filed a motion to amend his complaint by adding a claim, and a request for the court to appoint an investigator to investigate defendant on plaintiff's behalf. ECF No. 22. This motion is denied. Plaintiff may not amend his complaint piecemeal. If he wishes to amend, he must file a properly supported motion, complete with a proposed amended complaint. And he is not entitled to a court appointed investigator. *See Goodin v. Vercoe*, NO. 2:18-CV-0392-TOR, 2020 U.S. Dist. LEXIS 41524, *3 (E.D. Wash. Mar. 10, 2020) ("Plaintiff's indigent status does not justify the appointment of an investigator at public expense.").

Accordingly, it is ORDERED that plaintiff's motion to amend and for the appointment of an investigator, ECF No. 22, is DENIED.

IT IS SO ORDERED.

Dated: September 17, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE